Todd D. Carpenter (SBN 234464)
 *todd@lcllp.com*
Ethan Ames (SBN 339027)
 *ethan@lcllp.com*
Christopher L. Cornelius (*pro hac vice* forthcoming)
 *chris@lcllp.com*
**LYNCH CARPENTER, LLP**
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Tel.:  619.762.1910

*Counsel for Plaintiffs
and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN TANNER and GENESIA TING, on behalf of themselves and all others similarly situated, | Case No.: |
| Plaintiffs, | **DECLARATION OF PLAINTIFF GENESIA TING REGARDING PROPER VENUE** |
| v. | **[Cal. Civ. Code § 1780(d)]** |
| BEST BUY CO., INC., a Minnesota corporation, | |
| Defendant. | |

LYNCH CARPENTER
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
619.762.1910

DECLARATION OF GENESIA TING

**DECLARATION OF PLAINTIFF GENESIA TING
REGARDING PROPER VENUE**

I, Genesia Ting, declare:

1.    I am a plaintiff in the above-captioned action and have personal knowledge of the facts stated in this declaration.

2.    The Class Action Complaint in this action, which is filed concurrently with this declaration, is filed in the proper place for trial under Cal. Civ. Code § 1780(d) because Best Buy Co., Inc. ("Defendant"): (a) does business in the County of San Francisco, in the State of California; and (b) the transaction that gives rise to my claim against Defendant occurred within the County of San Francisco, in the State of California.

3.    Defendant does business in the County of San Francisco, in the State of California, by shipping goods to consumers within the county and by operating at least one physical retail store within the county—located at 1182 Admiral Callaghan Lane, Vallejo, California 94591.

4.    While residing in the County of San Francisco, in the State of California, I purchased a product from Defendant's website, bestbuy.com, including on or around June 23, 2025.  Defendant shipped that product to my residence.  This transaction gives rise to my claims in the concurrently filed Class Action Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:    5/28/2026

DocuSigned by:

*Genesia Ting*

4F9E15AD272E4A2...

Genesia Ting

LYNCH CARPENTER
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
619.762.1910